# EXHIBIT C

Harris County Docket Sheet

# 2017-44946

**COURT:** 165th
**FILED DATE:** 7/7/2017
**CASE TYPE:** Other Injury or Damage



### MOORE, LARRY
Attorney: EVANS, ANDRE D'SHAWN

### vs.

### CITY OF HOUSTON

| Docket Sheet Entries | |
|---|---|
| Date | Comment |



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the record filed and or recorded in my office, electronically or hard copy, as it appears on this date. Witness my official hand and seal of office this 8/15/17

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy