IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LARRY MOORE, JR.,                    §
                                     §
        Plaintiff,                   §
                                     §
v.                                   §        CIVIL ACTION NO. H-17-2505
                                     §
HOUSTON POLICE DEPARTMENT,           §
CITY OF HOUSTON, and                 §
KEVIN HUBENAK                        §
        Defendants.                  §

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and
Recommendation (Docket Entry No. 41) dated August 15, 2018, the
objections thereto, and the response to the objections, the court
is of the opinion that said Memorandum and Recommendation should be
adopted by this court. It is, therefore, **ORDERED** that the
Memorandum and Recommendation is hereby **ADOPTED** by this court.

In Plaintiff's Response to Defendant Kelly's Motion to Dismiss
and Kelly's Objections to the Magistrate Judge's Memorandum and
Recommendation and Request for Leave to Amend Petition (Docket
Entry No. 46), Plaintiff requested leave to amend his complaint "to
identify, by name instead of reference, parties responsible for
Plaintiff's deprivation of rights."[1] The court **GRANTS** Plaintiff's
request limited to identifying the defendant(s) against whom he is

---

[1]     Plaintiff's Response to Defendant Kelly's Motion to Dismiss and
Kelly's Objections to the Magistrate Judge's Memorandum and Recommendation and
Request for Leave to Amend Petition, Docket Entry No. 41, p. 5.

alleging each remaining cause of action.  Plaintiff must file the amended pleading no later than fourteen days from the date of this order.  Any further challenges by any defendant to Plaintiff's causes of action must to be filed pursuant to Federal Rule of Civil Procedure 56.

   **SIGNED** at Houston, Texas, this 17th day of September, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE