Case 4:17-cv-02505   Document 92   Filed on 09/18/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY MOORE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2505 |
| | § | |
| CITY OF HOUSTON, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 91) dated August 28, 2019,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

All pretrial motions, including motions in limine, will be filed by October 4, 2019. The joint pretrial order will be filed by November 1, 2019. Docket call will be held on November 8, 2019, at 3:00 p.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Street, Houston, Texas 77002. Given the age of this case it is extremely unlikely that any of these deadlines

---

[1] The parties filed no objections to the Memorandum and Recommendation.

will be continued. The parties and their counsel should plan accordingly.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 18th day of September, 2019.

```
                          _____
                                  SIM LAKE
                       SENIOR UNITED STATES DISTRICT JUDGE
```