## COURTROOM MINUTES

JUDGE  Hittner                                                                  PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER     Kathy Metzger

LAW CLERK        Brittainie Zinsmeyer

MORNING                    AFTERNOON
SESSION _____        SESSION 3:00 - 4:30    DATE: 11/08/19

## DOCKET ENTRY

(DH ) 4:17-2505                    (Rptr- Metzger          )
       (PROCEEDINGS: Final Pretrial Conference)

Larry Moore, Jr.              V.   City of Houston,

   Appearances: For Plaintiff: Andre Evans

   For Defendants: James Butt, Donald Fleming

Final Pretrial Conference held.  Written order ot issue.

Witnesses: